FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2021

No. 04-21-00183-CV

**IN THE INTEREST OF D.H.G. AND M.E.G., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02241
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

We grant appellant's motion for an extension of time to file the appellant's brief and we order the brief due Friday, July 23, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court